■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT KATO, Appellant, v WARDEN, RIKERS ISLAND CORRECTIONAL FACILITY, et al., Respondents. [858 NYS2d 606]—Appeal from order, Supreme Court, Bronx County (Darcel D. Clark, J.), entered July 31, 2007, which denied the petition for a writ of habeas corpus, unanimously dismissed as moot, without costs.

The Attorney General has informed the Court that petitioner has been discharged from state custody upon the maximum expiration date of his sentence, thus rendering the appeal and underlying proceeding moot. Concur—Tom, J.P., Saxe, Friedman, Buckley and Catterson, JJ.